JOHN BURGER, Appellant, v. LOUIS STEIN, Doing Business as LOUIS STEIN & COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CAMPBELL SMITH RITCHIE COMPANY, Respondent, v. J. PECHENIK, INC., Appellant.— Order and judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty and Davis, JJ., concur; Kapper and Carswell, JJ., dissent, with the following memorandum: The agreement contemplated that there might be defective doors and which the parties agreed should be returned and replaced. The defense is that for reasons which the defendant could not control some defective doors could not be returned and replaced and that defendant was obliged to incur certain expenditures to make good for the alleged defects. This situation may affect the alleged account stated, but does not in our opinion affect the counterclaim which, in the circumstances shown by the record, was properly dismissed as the defendant should, on or before June 20, 1930, have tendered the amount which it agreed to pay less such sum as it then knew to represent its alleged outlay for the reparation of defective doors. Its failure to do this justified the plaintiff in refusing to fill further orders.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARY ELIZABETH VAN BUREN, Respondent, v. JOHN J. SULLIVAN, Appellant. —Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, reversed on the law and the facts, without costs, and the proceeding dismissed. The finding of paternity made against the defendant is contrary to the evidence. The complainant's unsupported story is vague and contradictory. In addition, the date of the last period of menstruation prior to the birth of the child, given by the complainant, does not permit of a finding of paternity as against the defendant when considered in connection with the other dates to which she contradictorily testifies. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Kapper, J., dissents and votes to affirm.

DANIEL J. FLORIO, as Administrator etc., of VITO D. FLORIO, Deceased, and ANTONETA FLORIO, Respondents, v. DAVID S. WILLIAMS and Others, Defendants, Impleaded with TRASUN REALTY CORPORATION, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HAROLD J. FLYNN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.